UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

        Plaintiff,

v.

CAROL PORTER, *et al*,

        Defendants.

Case No.  C06-5236FDB-KLS

ORDER

    This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrates' Rules (MJR) 1, 3 and 4.  This matter is on hold while plaintiff cures certain defects in his application to proceed *in forma pauperis*.

    Plaintiff has filed several motions in this matter, including three motions for subpoenas (Dkt. #3-#5) and a motion for protective order (Dkt. #8).  While these matters normally would be ripe for review at this time or soon will be so, the Court does not intend to allow this case to go forward until the *in forma pauperis* issues noted in the order to show cause issued the same date herewith have been resolved.

1 | Accordingly, the above noted motions (Dkt. #3-5, #8) hereby are re-noted for **July 31, 2006**.

2 | DATED this 15th day of June, 2006.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2