UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

    Plaintiff,

v.

CAROL PORTER, *et al*,

    Defendants.

Case No.  C06-5236FDB-KLS

ORDER

    This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrates' Rules (MJR) 1, 3 and 4.  This matter is on hold while plaintiff cures certain defects in his application to proceed *in forma pauperis*.

    Plaintiff previously filed several motions in this matter, including three motions for subpoenas (Dkt. #3-#5) and a motion for protective order (Dkt. #8).  On June 15, 2006, the Court issued an order re-noting those motions due to the fact that the issue of plaintiff's *in forma pauperis* status had not yet been resolved. (Dkt. #11).  Because that issue continues to remain unresolved, the above noted motions (Dkt.

1  #3-5, #8) again hereby are re-noted for **September 24, 2006**.

2  DATED this 10th day of September, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2