1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

         Plaintiff,

   v.

CAROL PORTER, *et al*,

         Defendants.

Case No.  C06-5236FDB-KLS

ORDER

       This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrates' Rules (MJR) 1, 3 and 4.  This matter is on hold while plaintiff cures certain defects in his application to proceed *in forma pauperis* or pays the Court filing fee.

       Plaintiff previously filed several motions in this matter, including three motions for subpoenas (Dkt. #3-#5) and a motion for protective order (Dkt. #8).  On August 10, 2006, the Court issued an order re-noting those motions due to the fact that the issue of plaintiff's *in forma pauperis* status had not yet been resolved. (Dkt. #14).  Because that issue continues to remain unresolved, the above noted motions (Dkt.

#3-5, #8) again hereby are re-noted for **November 24, 2006**.

DATED this 17th day of October, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2