UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

Plaintiff,

v.

CAROL PORTER, *et al.*,

Defendants.

Case No. C06-5236FDB

ORDER OF DISMISSAL

By order of November 17, 2005, the Court adopted the Magistrate Judge's Report and Recommendation and denied leave to proceed *in forma pauperis*. Plaintiff was directed to pay the filing fee within thirty days of the entry of the order, otherwise the cause of action would be dismissed. Plaintiff responded by filing a motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41. Such motion was unnecessary under the circumstances, as Plaintiff has not paid the filing fee.

ACCORDINGLY, IT IS ORDERED: This cause of action is DISMISSED.

DATED this 20th day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1